```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 36705
    CURTIS BURTON
    REGINA BURTON                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

             Debtor
    SSN XXX-XX-6919      SSN XXX-XX-0123

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/04/2004 and was confirmed 12/02/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/30/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
*AMERICAN GENERAL FINANC  CURRENT MORTG         .00             .00            .00
*AMERICAN GENERAL FINANC  MORTGAGE ARRE    1417.45              .00         570.32
CAPITAL ONE AUTO FINANCE  SECURED         19000.00          2541.94        7063.87
US BANK NATIONAL ASSOCIA  CURRENT MORTG         .00             .00            .00
US BANK NATIONAL ASSOCIA  MORTGAGE ARRE   21152.19              .00       13661.08
WELLS FARGO FINANCIAL IL  UNSECURED         962.50              .00            .00
*SCHOTTLER & ZUKOSKY      PRIORITY       NOT FILED              .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED        5053.73              .00            .00
BALLY TOTAL FITNESS       NOTICE ONLY    NOT FILED              .00            .00
BALLY TOTAL FITNESS       NOTICE ONLY    NOT FILED              .00            .00
CB USA INC                UNSECURED      NOT FILED              .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00            .00
CB&T                      UNSECURED      NOT FILED              .00            .00
CB&T                      UNSECURED      NOT FILED              .00            .00
AT & T WIRELESS           UNSECURED      NOT FILED              .00            .00
ADT SECURITY              UNSECURED      NOT FILED              .00            .00
AT&T                      UNSECURED      NOT FILED              .00            .00
HARLEM FURNITURE          UNSECURED      NOT FILED              .00            .00
HOUSEHOLD FINANCE         UNSECURED      NOT FILED              .00            .00
HOUSEHOLD FINANCE         UNSECURED      NOT FILED              .00            .00
JC PENNEY                 UNSECURED      NOT FILED              .00            .00
LOYOLA UNIVERSITY MED CE  UNSECURED      NOT FILED              .00            .00
ACCION CHICAGO INC        UNSECURED       12011.45              .00            .00
LOYOLA MEDICAL PRACTICE   UNSECURED      NOT FILED              .00            .00
NICOR GAS                 UNSECURED      NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED              .00            .00
WORLD FINANCIAL NETWORK   UNSECURED      NOT FILED              .00            .00
AMERICAN GENERAL FINANCE  NOTICE ONLY    NOT FILED              .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED         471.02              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 36705 CURTIS BURTON & REGINA BURTON
```

```
WELLS FARGO FINANCIAL AC FILED LATE          4385.85                .00            .00
*SCHOTTLER & ZUKOSKY     DEBTOR ATTY         2,100.00                         1,655.05
TOM VAUGHN               TRUSTEE                                              1,462.74
DEBTOR REFUND            REFUND                                                    .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   26,955.00

PRIORITY                                                .00
SECURED                                           21,295.27
     INTEREST                                      2,541.94
UNSECURED                                               .00
ADMINISTRATIVE                                     1,655.05
TRUSTEE COMPENSATION                               1,462.74
DEBTOR REFUND                                           .00
                         ---------------       ---------------
TOTALS                    26,955.00               26,955.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/05/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE